**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CLEAN CHEMISTRY, INC.**<br>      **Plaintiff,**<br><br>v.<br><br>**ARXADA HOLDINGS NA INC.**<br>      **Defendant.** | Case No.<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Plaintiff, Clean Chemistry, Inc. ("Clean Chemistry") will move before the Honorable _____, U.S. D.J. on March 16, 2026, for an Order granting Clean Chemistry's Motion to Compel Compliance with Subpoena Issued to third-party Arxada Holdings NA Inc. ("Arxada").

In support of my motion, I will rely on the attached brief.

                                        Respectfully submitted,

                                        /s/ *William J. Tinsley, Jr.*
                                        William J. Tinsley, Jr. (New Jersey Bar No. 019161992)
                                        R. Andrew Patty II (Texas Bar No. 4068590, *pro hac vice application forthcoming*)
                                        Lindsay Calhoun (Texas Bar No. 24134740, *pro hac vice application forthcoming*)
                                        **PHELPS DUNBAR, LLP**
                                        100 South Ashley Drive, Suite 2000
                                        Tampa, Florida 33602
                                        813.472.7590 (direct dial number)
                                        william.tinsley@phelps.com
                                        drew.patty@phelps.com
                                        lindsay.calhoun@phelps.com

                                        *Attorney for Clean Chemistry, Inc.*

**CERTIFICATE OF NOTICE AND SERVICE**

I hereby certify that on the 9th day of February, 2026, Clean Chemistry provided a copy of the subpoena duces tecum (the "subpoena") directed to Arxada Holdings NA Inc. ("Arxada") on counsel for Enviro Tech Chemical Services, Inc., prior to service of the subpoena on Arxada. I further certify that a true and correct copy of the foregoing document on Arxada's counsel of record, Ann Fort (annfort@eversheds.com) and Cameron Murphy

1

(cameronmurphy@eversheds.com) on February 9, 2026 via e-mail, and that service has been requested on Arxada's registered agent for service of process along with the filing of this Motion.

                                                                s/ *William J. Tinsley, Jr.*
                                                               William J. Tinsley, Jr.